JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ORGANIZATION, etc., et al.)<br>)<br>**Plaintiff(s),** )<br>v. )<br>)<br>WELLS FARGO BANK, N.A., etc., et al.)<br>)<br>**Defendant(s).** )<br>)<br>) | CASE NO. SA CV 11-00589-DOC(JCx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

_____

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on December 8, 2011, which was returnable by December 14, 2011. To date there has been no response to the Order to Show Cause and/or Proof of Service of Summons and Complaint as to Quality Loan Service Corporation.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: December 15, 2011         _____
                                  DAVID O. CARTER
                                  United States District Judge